UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**AISHIA PETERSEN,**

**Plaintiff,**

v.                                                          **Case No. 6:25-cv-1419-CEM-RMN**

**CULVER FRANCHISING
SYSTEM, LLC,**

**Defendant.**

_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Amended Motion for Default Judgment (Doc. 20). The United States Magistrate Judge issued a Report and Recommendation (Doc. 22), recommending that the Motion be denied and that the case be closed, essentially dismissing the case without prejudice for failure to prosecute.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 22) is **ADOPTED** and made a part of this Order.

2. Plaintiff's Amended Motion for Default Judgment (Doc. 20) is **DENIED**.

3. This case is **DISMISSED without prejudice** for failure to prosecute.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on April 16, 2026.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record